United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-15732-mdc
Della M Lawson                                                        Chapter 13
Ryan L Lawson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Sep 16, 2019
                              Form ID: 130              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db/jdb         +Della M Lawson,    Ryan L Lawson,    1749 N. Peach Street,    Philadelphia, PA 19131-3321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Della M Lawson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Ryan L Lawson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                Chapter: 13

   Della M Lawson and Ryan L Lawson

                Debtor(s)                    Bankruptcy No: 19–15732–mdc

***O R D E R***

**AND NOW,** this 16th day of September 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 09/27/2019.
    Chapter 13 Plan due by 09/27/2019.
    Schedules AB–J due 09/27/2019.
    Statement of Financial Affairs due 09/27/2019.
    Summary of Assets and Liabilities Form B106 due 09/27/2019.
    Means Test Calculation Form 122C–2 – If Applicable – Due: 9/27/2019.
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C–1 Due9/27/2019

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                      By the Court

                                        Magdeline D. Coleman
                     Chief Judge , United States Bankruptcy Court