```
         IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                  :     CHAPTER 13
                             :
   Della M. Lawson           :     No.  19-15732-MDC
   Ryan L. Lawson            :
        Debtors              :
```

<u>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS</u>

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby ORDERED and DECREED that Debtors are given an extension of time of (14) days until **October 18, 2019,** by which date all required documents must be filed.

_____    October 2, 2019
MAGDELINE D. COLEMAN                  DATED:
CHIEF U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Della and Ryan Lawson