United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Della M Lawson  
Ryan L Lawson  
     Debtors

Case No. 19-15732-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Oct 02, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.  
db/jdb         +Della M Lawson,    Ryan L Lawson,    1749 N. Peach Street,    Philadelphia, PA 19131-3321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:  
        DAVID M. OFFEN    on behalf of Debtor Della M Lawson dmo160west@gmail.com,  
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        DAVID M. OFFEN    on behalf of Joint Debtor Ryan L Lawson dmo160west@gmail.com,  
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                         TOTAL: 5

```
              IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                    :    CHAPTER 13
                               :
     Della M. Lawson           :    No.  19-15732-MDC
     Ryan L. Lawson            :
          Debtors              :
```

<u>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS</u>

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby ORDERED and DECREED that Debtors are given an extension of time of (14) days until **October 18, 2019,** by which date all required documents must be filed.

_____    October 2, 2019
MAGDELINE D. COLEMAN                  DATED:
CHIEF U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Della and Ryan Lawson