IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Della M Lawson<br>Ryan L Lawson<br>  Debtor | : | No. 19-15732-MDC |

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date:  October 8, 2019             /s/ David M. Offen
                                   David M. Offen
                                   Attorney for Debtor(s)