IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re    Della M Lawson ) | Chapter 13 |
| Ryan L Lawson ) | |
| Debtors ) | No.  19-15732-MDC |
| ) | |
| ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Appoint Della Lawson as Next Friend and respectfully request that the Order attached to the Motion be approved.

                                                      /s/David M. Offen
                                                      David M. Offen
                                                      Attorney for Debtor(s)

Date: 11/12/19