IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    Chapter 13

Della M. Lawson                 :    Case No. 19-15732-MDC
Ryan L. Lawson
    Debtors

O R D E R

AND NOW, on this _19th_ day of _November_, 2019, upon consideration of the Motion of the Debtors to permit Debtor Ryan L. Lawson's wife, Della M. Lawson, to appear as a next friend pursuant to Bankruptcy Rule 1004.1 and 11 U.S.C. 105(a) in his place for their 341 (a) Meeting of Creditors, is HEREBY GRANTED and Ryan L. Lawson is excused from completing the required Financial Management Course.

_11/19/19_
DATED

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Esquire, Trustee

David M. Offen, Esquire

Della and Ryan Lawson

All Creditors