United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-15732-mdc
Della M Lawson                                                  Chapter 13
Ryan L Lawson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 2              Date Rcvd: Nov 20, 2019
                              Form ID: pdf900         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
```
db/jdb         +Della M Lawson,    Ryan L Lawson,    1749 N. Peach Street,    Philadelphia, PA 19131-3321
14402566        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14388377       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14388379       +Caine and Weiner,    12005 Ford Road,    Suite 300,    Dallas, TX 75234-7262
14388380       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
14421942        Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
14390782       +Ditech Financial LLC,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14388386       +Great Lakes Higher Education Corporation,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
14400610       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14388389       +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
                 Lawrenceville, GA 30043-8228
14388390       +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
14388394       +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14388393        Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
14388395       +Police & Fire Federal CU,    Attn: Bankruptcy Dept,    901 Arch Street,
                 Philadelphia, PA 19107-2495
14417929       +Police and Fire Federal Credit Union,    Greenwood One,    3333 Street Road,
                 Bensalem, PA 19020-2022
14388400       +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
14400002       +Tea Olive, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
14388402        U.S. Department of Education,    c/o Ascendium Education Group, Inc.,    Recovery Administration,
                 P.O. Box 7859,    Madison, WI 53707-7859
14388403       +Wells Fargo Bank,    Mac F823f-02f,    Po Box 10438,    Des Moines, IA 50306-0438
14411959        Wells Fargo Bank, N.A., Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 21 2019 04:11:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2019 04:11:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2019 04:11:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:15:33     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14388378        E-mail/Text: legal@arsnational.com Nov 21 2019 04:11:22     ARS National Services, Inc.,
                 P.O. Box 469046,    Escondido, CA 92046-9046
14389723        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 21 2019 04:11:13
                 Ascendium Education Solutions, Inc.,    PO Box 8961,    Madison WI  53708-8961
14388376       +E-mail/Text: broman@amhfcu.org Nov 21 2019 04:11:43     American Heritage Federal Credit Union,
                 Attn: Bankruptcy,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14388381        E-mail/Text: megan.harper@phila.gov Nov 21 2019 04:11:54     City of Philadelphia,
                 Law Dept Tax Unit,    Bankruptcy Group MSB,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1595
14388382       +E-mail/Text: bankruptcy@connexuscu.org Nov 21 2019 04:12:06     Connexus CU,    Attn: Bankruptcy,
                 Po Box 8026,    Wausau, WI 54402-8026
14388383       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 21 2019 04:12:05
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
14388384       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2019 04:11:21     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14388385        E-mail/Text: data_processing@fin-rec.com Nov 21 2019 04:11:21
                 Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
14388388       +E-mail/Text: cio.bncmail@irs.gov Nov 21 2019 04:11:19     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14420223        E-mail/PDF: cbp@onemainfinancial.com Nov 21 2019 04:15:29     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14388391       +E-mail/PDF: cbp@onemainfinancial.com Nov 21 2019 04:16:12     OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
14388398        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 04:16:19
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
14415725        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 04:17:02
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14388392       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 21 2019 04:11:21     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                  Date Rcvd: Nov 20, 2019
                              Form ID: pdf900           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14398562          E-mail/Text: bnc-quantum@quantum3group.com Nov 21 2019 04:11:25
                  Quantum3 Group LLC as agent for,    Aqua Finance Inc,    PO Box 788,    Kirkland, WA  98083-0788
14388399          E-mail/Text: courts@scott-pc.com Nov 21 2019 04:12:06      Scott & Associates, PC,
                  Attorneys at Law,    PO Box 113297,    Carrollton, TX 75011-3297
14388953         +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:16:17      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14388401          E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:16:24      TJX Rewards/Syncb,
                  PO Box 530949,    Atlanta, GA 30353-0949
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
nof*            +Della M Lawson,    1749 N. Peach Street,    Philadelphia, PA 19131-3321
14388387*       +Great Lakes Higher Education Corporation,    Attn: Bankruptcy,    Po Box 7860,
                  Madison, WI 53707-7860
14388396*       +Police & Fire Federal CU,    Attn: Bankruptcy Dept,    901 Arch Street,
                  Philadelphia, PA 19107-2495
14388397*       +Police & Fire Federal CU,    Attn: Bankruptcy Dept,    901 Arch Street,
                  Philadelphia, PA 19107-2495
                                                                                            TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                     Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Della M Lawson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Ryan L Lawson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    Chapter 13

Della M. Lawson                 :    Case No. 19-15732-MDC
Ryan L. Lawson
    Debtors

## ORDER

AND NOW, on this _19th_ day of _November_, 2019, upon consideration of the Motion of the Debtors to permit Debtor Ryan L. Lawson's wife, Della M. Lawson, to appear as a next friend pursuant to Bankruptcy Rule 1004.1 and 11 U.S.C. 105(a) in his place for their 341(a) Meeting of Creditors, is HEREBY GRANTED and Ryan L. Lawson is excused from completing the required Financial Management Course.

11/19/19
DATED

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Esquire, Trustee

David M. Offen, Esquire

Della and Ryan Lawson

All Creditors