L.B.F. 3015-6A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Della M Lawson                          :        Chapter

Ryan L Lawson    Debtor(s)                     :        Bky. No. 19-15732

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

Date:                                          _____
                                               [name]
                                               Attorney for Debtor(s)

Date: 12-4-2019                                _____
                                               [name] Della M Lawson
                                               Debtor

Date: 12-4-2019                                _____
                                               [name] Ryan L Lawson
                                               Debtor

-19-