IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 13
   DELLA M. LAWSON &                            :
   RYAN L. LAWSON,                              :
                                                    :     Bankruptcy No. 19-15732 (MDC)
                       Debtor.       :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 19-1 filed by the City of Philadelphia on January 15, 2020 in the amount of $477.56.

                                         Respectfully submitted,

                                         THE CITY OF PHILADELPHIA

Dated: February 10, 2020         By:   */s/ Joshua Domer*
                                              JOSHUA DOMER
                                              Assistant City Solicitor
                                              PA Attorney I.D. 319190
                                              Attorney for the City of Philadelphia
                                                    and/or
                                              Water Revenue Bureau
                                              City of Philadelphia Law Department
                                              Municipal Services Building
                                              1401 JFK Boulevard, 5th Floor
                                              Philadelphia, PA 19102-1595
                                              215-686-0519 (phone)
                                              Email: Joshua.Domer@phila.gov

Document      Page 2 of 2

2