```
                    IN THE UNITED STATE BANKRUPTCY COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In Re:  **Della M. Lawson**              )   Chapter 13
        **Ryan L. Lawson**               )
           **Debtors**                   )   No. 19-15732-MDC
                                         )
                                         )

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                             /s/David M. Offen
                                             David M. Offen
                                             Attorney for Debtor(s)

**Date:2/21/20**