United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Della M Lawson  
Ryan L Lawson  
      Debtors

Case No. 19-15732-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Mar 19, 2020  
                       Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.  
db/jdb      +Della M Lawson,   Ryan L Lawson,   1749 N. Peach Street,   Philadelphia, PA 19131-3321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
nof*      +Della M Lawson,   1749 N. Peach Street,   Philadelphia, PA 19131-3321  
      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:

      DAVID M. OFFEN   on behalf of Joint Debtor Ryan L Lawson dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
      DAVID M. OFFEN   on behalf of Debtor Della M Lawson dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
      HAROLD N. KAPLAN   on behalf of Creditor   New Residential Mortgage LLC hkaplan@rasnj.com  
      JOSHUA DOMER   on behalf of Creditor   CITY OF PHILADELPHIA joshua.domer@phila.gov, karena.blaylock@phila.gov  
      KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
      TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Della M Lawson and Ryan L Lawson
      Debtor(s)                                Chapter: 13

                                                                Bankruptcy No: 19−15732−mdc
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 19th day of March 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                           Magdeline D. Coleman
                                                           Chief Judge ,
                                                           United States Bankruptcy Court

                                                                                      44 − 20, 38
                                                                                       Form 155