IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Della M. Lawson | ) | Chapter 13 |
| Ryan L. Lawson | ) | |
| Debtor | ) | No. 19-15732-MDC |
| | ) | |
| | ) | |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully requests that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date: 6/15/20