# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15732-MDC

DELLA M LAWSON
RYAN L LAWSON
1749 N. PEACH STREET

PHILADELPHIA, PA 19131-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DELLA M LAWSON
    RYAN L LAWSON
    1749 N. PEACH STREET

    PHILADELPHIA, PA 19131-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 9/29/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee