**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                               **Chapter 13**
DELLA M LAWSON
RYAN L LAWSON


                    **Debtor**              **Bankruptcy No.** 19-15732-MDC


# O R D E R


    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



November 5, 2020

                                   _Magdeline D. Coleman_
                                   Magdeline D. Coleman
                                   Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
DELLA M LAWSON
RYAN L LAWSON
1749 N. PEACH STREET

PHILADELPHIA, PA 19131-