United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15732-mdc |
| Della M Lawson | Chapter 13 |
| Ryan L Lawson | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 05, 2020 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Della M Lawson, Ryan L Lawson, 1749 N. Peach Street, Philadelphia, PA 19131-3321 |
| 14402566 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14388377 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14388379 | + | Caine and Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 14388384 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14421942 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 14390782 | + | Ditech Financial LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14388386 | + | Great Lakes Higher Education Corporation, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14400610 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14388389 | + | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 14388390 | + | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14452094 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14388394 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14388393 | | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 14388395 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14417929 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14388400 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14388402 | | U.S. Department of Education, c/o Ascendium Education Group, Inc., Recovery Administration, P.O. Box 7859, Madison, WI 53707-7859 |
| 14388403 | + | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14411959 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 06 2020 01:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2020 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 06 2020 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 06 2020 01:47:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 02:05:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-15732-mdc  Doc 70  Filed 11/07/20  Entered 11/08/20 00:39:28  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14388378 | + | Email/Text: legal@arsnational.com | Nov 06 2020 01:47:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14389723 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 06 2020 01:46:00 | Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 14388376 | + | Email/Text: broman@amhfcu.org | Nov 06 2020 01:47:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14388381 | | Email/Text: megan.harper@phila.gov | Nov 06 2020 01:47:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14434523 | | Email/Text: megan.harper@phila.gov | Nov 06 2020 01:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14388382 | + | Email/Text: bankruptcy@connexuscu.org | Nov 06 2020 01:47:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14388383 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 06 2020 01:47:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14388385 | | Email/Text: data_processing@fin-rec.com | Nov 06 2020 01:47:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 14388388 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 06 2020 01:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14388380 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 06 2020 02:04:44 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14420223 | | Email/PDF: cbp@onemainfinancial.com | Nov 06 2020 02:03:30 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14388391 | + | Email/PDF: cbp@onemainfinancial.com | Nov 06 2020 02:03:30 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14388398 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 02:03:31 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14415725 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 02:03:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14388392 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 06 2020 01:47:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14398562 | | Email/Text: bnc-quantum@quantum3group.com | Nov 06 2020 01:47:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14388399 | | Email/Text: courts@scott-pc.com | Nov 06 2020 01:47:00 | Scott & Associates, PC, Attorneys at Law, PO Box 113297, Carrollton, TX 75011-3297 |
| 14388953 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 02:05:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14430041 | + | Email/Text: bncmail@w-legal.com | Nov 06 2020 01:47:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14388401 | | Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 02:05:58 | TJX Rewards/Syncb, PO Box 530949, Atlanta, GA 30353-0949 |
| 14400002 | + | Email/Text: documentfiling@lciinc.com | Nov 06 2020 01:47:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 19-15732-mdc    Doc 70    Filed 11/07/20    Entered 11/08/20 00:39:28    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: pdf900 | Total Noticed: 46 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| nof | *+ | Della M Lawson, 1749 N. Peach Street, Philadelphia, PA 19131-3321 |
| 14388387 | *+ | Great Lakes Higher Education Corporation, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14388396 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14388397 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2020               Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Della M Lawson dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Ryan L Lawson dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  karena.blaylock@phila.gov |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
DELLA M LAWSON  
RYAN L LAWSON

Chapter 13

Debtor

Bankruptcy No. 19-15732-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 5, 2020

Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
DELLA M LAWSON  
RYAN L LAWSON  
1749 N. PEACH STREET

PHILADELPHIA, PA 19131-